## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **James Cho**  DATE: **12/6/23**

DOCKET NUMBER: **23 CR 498 (OEM)**  LOG #: **2:27 - 2:44**

DEFENDANT'S NAME: **Alexander Figliolia Jr.**

✓ Present  ___ Not Present  ✓ Custody  ___ Bail

DEFENSE COUNSEL: **Joseph Murv - for arraignment only**

___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A **Phil Pilmar**  CLERK: **Amy Nuen**

Probation: _____  (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

✓ Rule 5f Order read into the record.

✓ BAIL HEARING Held.  ___ Defendant's first appearance.

✓ Bond set at **$2 million**  Defendant ✓ released ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

**1** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.  Start **12/6/23**  Stop **1/10/24**

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____