UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
UNITED STATES OF AMERICA,

                -against-

ALEXANDER FIGLIOLIA, JR.,

                      Defendant.
---------------------------------------------------x

**NOTICE OF APPEARANCE**

23 CR 498 (OEM)(PK)

SIR/MADAM:

    PLEASE TAKE NOTICE, that I, James R. Froccaro, Jr., do hereby appear in the above-captioned criminal case for defendant ALEXANDER FIGLIOLIA, JR., and have been retained as an attorney for said defendant.

I was admitted to practice law in this district in the year 1988.

Dated:  Port Washington, New York
          December 7, 2023

                                    Yours, etc.,

                                    /JRF/
                              _____
                              JAMES R. FROCCARO, JR. (JRF-5461)
                              20 Vanderventer Avenue, Suite 103W
                              Port Washington, NY 11050
                              (516) 944-5062 (phone)
                              (516) 944-5066 (fax)
                              JRFESQ61@aol.com (e-mail)