**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email:  JRFESQ61@aol.com

December 19, 2023

BY ECF
Hon. Orelia E. Merchant
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:  United States v. Alexander Figliolia, Jr.
            23 Cr 498 (OEM)

Dear Judge Merchant:

    I am the attorney for defendant Alexander Figliolia, Jr. Mr. Figliolia was arrested in connection with this matter on December 6, 2023, and charged in the Indictment with alleged income tax violations. He was released the same day on a $2 million Appearance Bond secured by real property, with standard conditions of release, including pretrial supervision as directed, travel limitations and the surrender of his passport.

    By this letter, I am respectfully requesting that Your Honor grant Mr. Figliolia permission to travel to the Bahamas with his wife, three young daughters, and sister-in-law, from January 1 to January 6, 2024. The trip was scheduled and pre-paid for well in advance of Mr. Figliolia's arrest.  He will, of course, need his passport returned to him by Pretrial

1

Services prior to departing and will return it to them after he gets back.

      Both the government and Pretrial Services have already been provided with the Figliolia's proposed travel itinerary for the trip. The government does not object and defers to the Court on this travel request <u>and</u> Pretrial Services also has no objection to this travel request.

Respectfully submitted,

/JRF/

James R. Froccaro, Jr.

JRF:pa

cc: USPSO Colton Craft, <u>by</u> <u>email</u>