AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 CR 498 (OEM) (PK) |
| ALEXANDER FIGLIOLIA, JR. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALEXANDER FIGLIOLIA, JR

Date:   01/23/2024

*Attorney's signature*

DONALD JAY POLS, DP 5578
*Printed name and bar number*

BEILIS & POLS LLP
5014 16th Avenue, Ste. 338
Brooklyn, NY 11204

*Address*

dpols@bptaxlaw.com
*E-mail address*

(212) 490-2702
*Telephone number*

(212) 658-9757
*FAX number*